UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

December 24, 2013

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:13MJ00379-AC |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| LIDA AMIN, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  LIDA AMIN , Case No.  2:13MJ00379-AC

, Charge  18USSC § 371 , from custody subject to the conditions contained in the attached "Notice

to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

      ✔    Unsecured Appearance Bond $150,000.00

      __    Appearance Bond with 10% Deposit

      __    Appearance Bond with Surety

      __    Corporate Surety Bail Bond

      ✔    (Other)    Pretrial conditions as stated on the record.

The defendant shall be released to the Pretrial Services Officer on 12/26/2013 @

10:00 a.m.

Issued at  Sacramento, CA  on  December 24, 2013  at  10:13 am  .

By  /s/ Allison Claire/s/ Allison Claire

Allison Claire
United States Magistrate Judge

Copy 2 - Court